IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TIMOTHY E. MARX, | |
|---|---|
| Plaintiff, | 4:16-CV-3192 |
| vs. | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | JUDGMENT |
| Defendant. | |

On the parties' Joint Stipulation for Dismissal (filing 20), this action is dismissed with prejudice, each party to bear its own costs.

Dated this 21st day of April, 2017.

BY THE COURT:

*signature*

John M. Gerrard
United States District Judge